■ PATRICIA WEBDALE, Respondent, v NORTH GENERAL HOSPITAL et al., Appellants. [804 NYS2d 681]—Order, Supreme Court, New York County (Stanley L. Sklar, J.), entered on or about March 23, 2005, unanimously affirmed for the reasons stated by Sklar, J., without costs or disbursements. No opinion. Concur— Mazzarelli, J.P., Saxe, Ellerin, Gonzalez and Catterson, JJ. [*See* 7 Misc 3d 947 (2005).]